UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
ALIYAH BAKER,                                                 :
                                                              :
                                                              :   ORDER REGULATING
                                                              :   PROCEEDINGS
                              Plaintiff,                      :
                                                              :
         -against-                                            :   19 Civ. 8141  (AKH)
                                                              :
                                                              :
                                                              :
THE CITY OF NEW YORK, et al.,                                 :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 6, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. Defendants shall produce any remaining written discovery by November 13, 2020.

2. All discovery, including depositions, will be completed by December 4, 2020.

3. The parties shall appear for a telephonic status conference on December 11, 2020, at 10:00 a.m. The conference will be held via the following call-in number:

        Dial:  888-363-4749

        Access code: 7518680

All participants are directed to call in at least 5 minutes prior to the start of the conference. No later than December 8, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: November 9, 2020 _____/s/_____
New York, New York ALVIN K. HELLERSTEIN
United States District Judge