UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ALIYAH BAKER,

                              Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

19 Civ. 8141 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On December 11, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. The two witnesses noticed by plaintiff shall be completed by Wednesday, December 16, 2020. All other discovery has been completed.

2. All motions for judgment or dismissal must be made by January 8, 2021. Oppositions shall be due January 29, 2021, and replies shall be due by February 10, 2021.

       SO ORDERED.

Dated:    December 11, 2020              /s/
            New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge