UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                  :

Aliyah Baker,

                                                                  **SCHEDULING ORDER**

                        Plaintiff,

                                                                    19 Civ. 8141 (AKH)

            v.

CITY OF NEW YORK, *et al.*,

                      Defendants.

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court finds that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Oral argument scheduled for June 28, 2021, is hereby canceled.

        SO ORDERED.

Dated:      June 24, 2021                      _____/s/_____
              New York, New York            ALVIN K. HELLERSTEIN
                                                          United States District Judge