```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ALIYAH BAKER,                                                :
                                        Plaintiff,           :     ORDER REGULATING
            -against-                                        :     PROCEEDINGS
                                                             :
THE CITY OF NEW YORK, et al.,                                :     19 Civ. 8141 (AKH)
                                                             :
                                        Defendants.          ::
                                                             :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 17, 2021, I held a status conference with the parties. The settlement conference scheduled for October 13, 2021 is hereby canceled.

        The case is hereby assigned to United States Magistrate Judge Debra C. Freeman for the purposes of discussing settlement.

        SO ORDERED.

Dated:    September 17, 2021                                   _/s/ Alvin K. Hellerstein_
             New York, New York                               ALVIN K. HELLERSTEIN
                                                                        United States District Judge