UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALIYAH BAKER,

                                    **Plaintiff,**                19-CV-08141 (AKH)(VF)

      -against-                                        **ORDER**

CITY OF NEW YORK. et al,

                                  **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 30, 2022, this case was reassigned to me for settlement. The parties are ordered to file a joint letter no later than **June 3, 2022,** providing the Court an update on the status of the parties settlement discussions.

**SO ORDERED.**

DATED:       New York, New York
                May 3, 2022

                                                                 VALERIE FIGUEREDO
                                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022