UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                      :

ALIYAH BAKER,                           :

                 Plaintiff,     :    **ORDER WITHDRAWING**

      -against-                :    **REFERRAL TO MAGISTRATE**

                                  :    **JUDGE**

CITY OF NEW YORK, et al.,     :

            Defendants.  :    19 Civ. 8141 (AKH)

                                ::

                                :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 17, 2021, I referred this case to Magistrate Judge Debra Freeman for settlement. On April 30, 2022 the case was redesignated to Magistrate Judge Valerie Figueredo.

After multiple conferences, the parties did not reach a settlement. *See* ECF No. 64. Accordingly, the referral is hereby withdrawn.

As previously scheduled, the Final Pretrial Conference will take place on October 12, 2022 at 2:30 p.m. and trial will begin on October 17, 2022.

SO ORDERED.

Dated:    May 19, 2022                _/s/ Alvin K. Hellerstein_____
          New York, New York       ALVIN K. HELLERSTEIN
                                         United States District Judge