

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SEEMA KASSAB<br>Assistant Corporation Counsel<br>Phone: 212-356-0827<br>skassab@law.nyc.gov |
|---|---|---|

July 26, 2022

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The joint application for an adjournment is granted, and the dates set for the FPTC is and the trial are cancelled. A status conference will be held Jan. 20 , 2023 to fix new dates.
> /s/Alvin K. Hellerstein, U.S.D.J.
> 8/16/2022

Re:   Aliyah Baker v. City of New York, et al.
      19-cv-08141 (AKH)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, James Tibbal, Miraglos Torres, Shrpresa Tulovic, Joseph Licata, and Brian Hinton.  Defendants write to respectfully request an adjournment of the pre-trial conference set for October 12, 2022 and the trial date currently scheduled for October 17, 2022. This is the first request for an adjournment of the trial in this case. Plaintiff's counsel, Julian Kuan, consents to this request.

The reason for the request is that the arresting officer in this matter, defendant Licata, is expecting his baby to be delivered on or about October 15, 2022, just two days before the trial is set to start, and he will not be available until December 2022 as a result. After discussing with plaintiff's counsel and the defendants, both parties request a trial date in January 2023 that is most convenient for the Court.[1]

In light of the above, it is respectfully requested that the pre-trial conference and trial currently scheduled in October 2022 be adjourned until January 2023. The undersigned apologizes for any inconvenience this scheduling conflict may have caused for the Court's schedule.

I thank the Court for its time and consideration.

---

[1] Defendants respectfully note that they are unavailable December 16 – January 6 due to scheduled vacations.

- 2 -

Respectfully submitted,

*Seema Kassab*
Seema Kassab
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **BY ECF**
Julia Kuan
*Attorney for Plaintiff*