UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

ALIYAH BAKER,                                 :

                                                   :     **ORDER**

                       Plaintiff,          :

             v.                                            :     19 Civ. 8141 (AKH)

                                                   :

CITY OF NEW YORK et al.,              :

                                                   :

                     Defendants.       :

                                                   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

             SO ORDERED.

Dated:      April 12, 2023                               _____/s/ Alvin K. Hellerstein_____
                New York, New York                     ALVIN K. HELLERSTEIN
                                                                  United States District Judge